# EXHIBIT A

## FEBRUARY 12, 2025 MCPHS ADMINISTRATIVE LETTER

FILED
CLERK'S OFFICE
2025 DEC 22 AM 10: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.



February 12, 2025

Jaehyun (William) Kim            MCPHS ID # 0435586

Dear William,

    I am responding to your recent inquiries on behalf of the Office of the Provost, as well as the Office of Student Affairs. The University previously explained its expectations of you while on leave. While certain communications to specific individuals are appropriate, your disregard of the proper communication channels must end immediately. Further, until you are approved to return from your leave of absence, you are not permitted on campus unless you have a scheduled appointment with the individuals/offices listed below. These parameters are not unique to you, but to any student in your situation. While on leave you may only contact Dean Crosby related to School of Pharmacy-Boston academic matters, Dr. Oliveri related to your current outstanding conduct and disciplinary matters, or the Registrar's Office related to requests for copies of your official University transcripts. Any further disregard for these communication parameters will result in the commencement of an additional disciplinary matter.

    That said, we will address the issues you raised during our Zoom on January 15, 2025, with whom you, Dr. Morin, your grandfather (via phone), and I were present. The answers below are definitive, and we will not respond to any further communications about them.

1. The University does not place or arrange student transfers to external institutions. Any student who wishes to transfer their transcript to another institution may do so via the National Student Clearinghouse Transcript Ordering Center (https://tsorder.studentclearinghouse.org/school/select).

2. Your disciplinary hearing will not be cancelled. The matter is appropriately with Student Affairs, who will manage it in accordance with the University's policies and procedures. As you have been told on numerous occasions, you will not be permitted to return from your leave of absence without completing the disciplinary process.

3. No one at the University has conducted themselves in a way that warrants an apology. While we are always sorry to see a student, or any member of our community, going through difficult times, there is nothing in your situations that warrants an apology from the University.

4. You are not eligible for a withdrawal to replace your earned grades for the Fall 2023 semester. In accordance with the *University Catalog* (page 83) *and the Student Handbook* (page 37), "a student who wishes to appeal a final grade of a course must do so within two weeks of the grade being posted by the Registrar's Office. …It is the student's responsibility to initiate the grade appeal." That time has long passed.

www.mcphs.edu

Boston, MA Campus 179 Longwood Avenue I Boston, MA 02115    T 617.732.2800    F 617.732.2801
Worcester, MA Campus 19 Foster Street I Worcester, MA 01608    T 508.890.8855    F 508.890.8515
Manchester, NH Campus 1260 Elm Street I Manchester, NH 03101    T 603.314.0210    F 603.314.0303

5. With regard to the various disciplinary and investigatory matters you cited, no student is entitled to any such information that is not otherwise shared as part of the normal process. University Legal Affairs previously confirmed this with you, and no such information will be provided. The University takes its responsibility to address all disciplinary and investigatory matters appropriately raised in accordance with its policies and procedures.

6. The University will not refund your tuition. In accordance with the *Student Financial Services Handbook* (page 24), you are not eligible for a refund. In Fall 2023, you completed the semester; in Spring 2024 and Fall 2024, your leave of absences occurred after the fourth week of the semester. Student Financial Services confirmed this information with you by e-mail on October 25, 2024, which you acknowledged. While we are not entirely certain about what you mean by "scholarship discounting," the answer is the same, there will be no refunding or credit of any kind.

7. Your demand for disciplinary action against specific University employees is entirely inappropriate and unacceptable. Regardless, the University will not discuss any employee-related matters with you.

8. Similarly, your allegation concerning Mr. Gates is entirely inappropriate and without any substance. Regardless, the University will not discuss any trustee-related matters with you.

At this time, it is our understanding that you remain on a leave of absence until September 1, 2025. If you elect to withdraw beforehand, or choose not to return to the University at the conclusion of the leave of absence, you will be administratively withdrawn. Should you wish to return to the University, Student Affairs will work with you on the next steps of the disciplinary matter and how you may be able to return to campus.

Dr. Oliveri will continue to be your main point of contact. Please direct any communications to him as necessary, with the few exceptions noted above. Again, failure to follow this directive will be met with disciplinary action.


Respectfully,

*Craig E. Mack*

Craig E. Mack, Ed.D.
Associate Provost