**EXHIBIT B**

**FEBRUARY 20, 2025 NO TRESPASS ORDER**

  **MASSACHUSETTS COLLEGE of PHARMACY and HEALTH SCIENCES** 

February 20, 2025

Jaehyun Kim
22 Eulita Terrace # 3
Brighton, Ma. 02135

61 Brookline Ave. #207
Boston, MA. 02215

Mr. Kim,

This letter will serve as an official notice of NO TRESPASS ORDER, that being issued February 20th of 2025.

Pursuant to Massachusetts General Law Chapter 266 Section 120, please consider this letter to be formal notification of a NO TRESPASS ORDER, in that you were given written notice via certified mail receipt will be kept at the MCPHS Public Safety Department.

MCPHS University is a private institution and therefore private property. This correspondence is direct notification that you are prohibited from entering or accessing any building, lands, facility owned, computers, electronic devices, or on-line forum controlled or leased by MCPHS University.

A violation of this NO TRESPASS ORDER will result in your removal from campus property, arrest, or criminal application for summons by MCPHS University Police or any other action deemed appropriate.

If you have any questions regarding this order, you may contact Public Safety at 617-732-2900.

Thank you for your anticipated cooperation.

Chief Kevin Nolan
*Kevin Nolan*
MCPHS University Campus Police
February 20th, 2025

179 Longwood Avenue - Boston, MA 02115-5896 – Tel: 617.732.2900 – Fax: 617.735.1025
25 Foster Street – Worcester, MA 01608-1715 – Tel: 508.373.5800
1260 Elm Street – Manchester, NH 03101-1305 – Tel: 603.314.0210
www.mcphs.edu