# EXHIBIT C

## FEBRUARY 20, 2025 MCPHS CEASE & DESIST LETTER

FILED IN CLERK'S OFFICE 2025 DEC 22 AM 10: 17 U.S. DISTRICT COURT DISTRICT OF MASS.



125 High Street
Boston, MA 02110

617 670 8800 *main*
617 670 8801 *fax*
www.mgmlaw.com

Timothy J. Fazio
Partner
Direct Dial: 617 670 880 8635
Direct Fax: 617 670 8801
E-mail: tfazio@mgmlaw.com

February 20, 2025

**Via E-Mail and Overnight Mail**

Jaehyun (William) Kim
22 Eulita Terrace, #3
Brighton, MA 02135

61 Brookline Ave., #207
Boston, MA 02215
jaehyunkim720@gmail.com

Re: <u>Cease and Desist</u>

Dear Mr. Kim,

  I am outside counsel for MCPHS University. Please be advised that your recent and persistent threating communications with University personnel must stop immediately. As you should now be aware, you are no longer affiliated with the University in any way. You are legally prohibited from all University-related areas, physical and on-line. Any further communications of any kind directly with University employees will not be tolerated. Should you wish to communicate with the University, you must do so through me.

  As for your threat to bring legal action against the University, to the extent that you engage an attorney, please direct them to me. Your claims have been thoroughly reviewed and are without merit. Should you initiate any legal action against the University, it will defend itself vigorously and seek all appropriate remedies against you personally.

Sincerely,

MG+M The Law Firm

*Timothy J. Fazio*

Timothy J. Fazio, Esq.

TJF/bko