# EXHIBIT D

## FEBRUARY 24, 2025 MCPHS LETTER OF SEPARATION



MASSACHUSETTS COLLEGE of PHARMACY and HEALTH SCIENCES

February 24, 2025

Jaehyun (William) Kim
0435586

Dear Jaehyun,

As you are aware, on February 20, 2025, you received a No Trespass Order from University Police, as well as notification from the University's outside counsel that your recent conduct is in violation of University policies, and that you are officially separated from the University.

This letter serves to confirm the University's decision to officially separate you from the University. As noted, you will not be approved to return from your leave of absence and are no longer a student at the University. The decision is final.

We expect you to adhere to the terms of the No Trespass Order, which includes refraining from contacting University community members directly. Should you wish to contact the University about any appropriate business matter, you must do so through our counsel, Tim Fazio.

Sincerely,

Jacinda M. Félix Haro

Dean of Students & Senior Student Affairs Officer

CC: Kevin Nolan, Chief, Department of Public Safety

www.mcphs.edu

Boston, MA Campus 179 Longwood Avenue I Boston, MA 02115   T 617.732.2800   F 617.732.2801
Worcester, MA Campus 19 Foster Street I Worcester, MA 01608   T 508.890.8855   F 508.890.8515
Manchester, NH Campus 1260 Elm Street I Manchester, NH 03101   T 603.314.0210   F 603.314.0303