# EXHIBIT E

## FEBRUARY 19, 2025 OCR ACKNOWLEDGMENT EMAIL

FILED IN CLERK'S OFFICE
2025 DEC 22 AM 10:17
U.S. DISTRICT COURT
DISTRICT OF MASS.



William Kim <jaehyunkim720@gmail.com>

## Consent Forms Received

**OCR Boston** <OCR.Boston@ed.gov>　　　　　　　　　　　　　　　　　　　　　Wed, Feb 19 at 1:04 PM
To: jaehyunkim720@gmail.com <jaehyunkim720@gmail.com>

Good afternoon,

Thank you for submitting your consent form on February 13 and 18, 2025. Both submissions have been added to your case file, OCR Complaint No. 01-25-2102, Mass. College of Pharmacy and Health Sciences.

Please note that OCR-Boston sends automated reminder emails to all complainants when their complaint is received and 15 days later. The initial **bold** text in those emails states that **you can disregard the message** if you have already submitted a signed consent form. We hope this is helpful and apologize for any confusion or inconvenience.

Best regards,

OCR-Boston

OCR is committed to providing the public, including students, parents, educators, representatives of school districts, colleges, and universities, and other interested persons, with information about the civil rights laws OCR enforces. In responding to correspondence, OCR provides customers with general, publicly-available information about a wide variety of civil rights issues in the education context. However, OCR does not provide legal or other advice or issue advisory opinions to customers concerning specific factual scenarios. Correspondence issued by OCR in response to an inquiry from the public does not constitute a formal statement of OCR policy and should not be construed as creating or articulating new policy. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public.