UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS COLLEGE OF<br>PHARMACY AND HEALTH SCIENCES,<br>and John Does 1-10,<br><br>    Defendants. | Case No. 1:25-cv-13928-WGY |

## NOTICE OF APPEARANCE OF BRIDGET C. ARALDI

Please enter the appearance of Bridget C. Araldi as counsel for Defendant Massachusetts College of Pharmacy and Health Sciences in the above-captioned action.

        Respectfully submitted,

        **MASSACHUSETTS COLLEGE OF**
        **PHARMACY AND HEALTH SCIENCES**,

        By its attorneys,

        */s/ Bridget C. Araldi*
        Bridget C. Araldi, BBO # 717261
        MANNING GROSS + MASSENBURG LLP
        125 High Street, 6th Floor
        Oliver Street Tower
        Boston, MA 02110
        Telephone: (617) 670-8800
        Email: baraldi@mgmlaw.com

## CERTIFICATE OF SERVICE

    I, Bridget C. Araldi, hereby certify that on January 14, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

                                         */s/ Bridget C. Araldi*
                                         Bridget C. Araldi