## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

JAEHYUN KIM,

        Plaintiff,

   vs.

MASSACHUSETTS COLLEGE OF
PHARMACY AND HEALTH SCIENCES,
and John Does 1-10,

        Defendant.

Case No.: 1:25-cv-13928-WGY

## DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant, Massachusetts College of Pharmacy and Health Sciences, properly named MCPHS University ("MCPHS" or the "University"), by and through its undersigned counsel, respectfully submits the above-captioned Motion to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff Jaehyun Kim's (hereafter, "Plaintiff") First Amended Complaint. Additionally, MCPHS respectfully moves the Court for leave to file a Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint (the "Memorandum") that exceeds the twenty-page limit. In support of its Motion, MCPHS states as follows:

1. Plaintiff originally filed this action on December 22, 2025.

2. That day, Plaintiff notified counsel for MCPHS of the filing and asked if counsel would accept the Complaint and waive service. *See* Exhibit A, p. 8.

1

3. On December 23, 2025, counsel for MCPHS notified Plaintiff that he could accept the Complaint and waive service. That same day, counsel for MCPHS also asked Plaintiff for an extension of time to respond to the Complaint to March 6, 2026. Plaintiff agreed, and sent the form for waiver of service, which counsel for MCPHS signed and returned. *See* Exhibit A, pp. 6-7.

4. On December 24, 2025, Plaintiff then attempted to "withdraw" his request for waiver of service, to which counsel for MCPHS responded that there was already an agreement on waiver and a response date. Plaintiff would not change his position and welcomed MCPHS to file a motion for an extension, stating that he would instead formally serve MCPHS on December 26, 2025. *See* Exhibit A, pp. 2-3.

5. On January 4, 2026, Plaintiff informed counsel for MCPHS that he had filed the First Amended Complaint. At that time, neither the original Complaint nor the First Amended Complaint had been delivered in person to MCPHS. *See* Exhibit B, pp. 6-7.

6. Further, Plaintiff refused the request by MCPHS' counsel for a copy of the First Amended Complaint and yet another request to discuss an extension for MCPHS' time to respond. *See* Exhibit B, pp. 1-2, 5-6.

7. Despite offers from MCPHS' counsel to accept service, Plaintiff engaged a process server who served MCPHS with the First Amended Complaint on January 8, 2026.

8. As such, pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, Defendant's deadline to file a responsive pleading to the First Amended Complaint is January 29, 2026.

9. As described above and reflected in the attached correspondence, counsel for MCPHS sought to accept service of the original and amended Complaint to facilitate the

progression of these proceedings. Plaintiff originally accepted and then refused. In addition, counsel for MCPHS repeatedly asked for an extension of time to respond to the original and amended Complaint, which Plaintiff originally agreed, and then rescinded and refused.

10. As a result of Plaintiff's inconsistent and purposeful communications clearly designed to exert time pressure on MCPHS and drive up costs, MCPHS is forced to file the instant motion seeking additional time to respond to the First Amended Complaint.

11. As openly disclosed to Plaintiff, MCPHS will be moving to dismiss the First Amended Complaint in its entirety, and respectfully requests until March 6, 2026, to file its motion.

12. Plaintiff filed his First Amended Complaint on January 6, 2026. The First Amended Complaint is 48 pages in length, contains 414 numbered paragraphs, and asserts nine claims against MCPHS for Violations of the Americans with Disabilities Act; Violations of Section 504; Violation of Title VI of the Civil Rights Act of 1964; Violation of Mass. Gen. Laws. Ch. 12, §§11H-11I; Breach of Contract and Breach of Implied Covenant of Good Faith & Fair Dealing; Violation of Mass. Gen. Laws. Ch. 93A; Breach of Fiduciary Duty; Promissory Estoppel; and Intentional Interference with Advantageous Relations by Improper Means.

13. MCPHS is preparing and will file a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) (the "Motion to Dismiss"). In particular, MCPHS contends that the Complaint fails to state a claim upon which relief can be granted for any of Plaintiff's nine causes of action.

14. While the undersigned counsel is making every effort to condense and streamline the arguments in support of his Motion to Dismiss, we respectfully submit that the Memorandum nevertheless requires approximately 30 pages to fully set out the numerous bases for dismissal. MCPHS further submits that limiting the Memorandum to 20 pages will substantially prejudice MCPHS' ability to present the Court with a complete and accurate analysis of its aforementioned arguments for dismissal.

15. Given the numerous issues addressed therein, MCPHS respectfully submits that the Memorandum will serve the Court in resolving this potentially dispositive motion.

16. On January 14, 2026, Plaintiff denied the undersigned counsel's request for an enlargement of the page limit from 20 to 30 pages. *See* Exhibit B, p. 1.

17. This Motion is made in good faith and not for the purposes of delay.

WHEREFORE, Defendant respectfully requests that this Court extend its time to answer, move, or otherwise respond to the First Amended Complaint up to and including March 6, 2026, and allow Defendant's motion for leave to exceed the page limit. Defendant also requests fees for the costs of having to file this motion.

Respectfully submitted,

**Defendant,**
Massachusetts College of Pharmacy and
Health Sciences
By Its Attorneys,

*/s/ Timothy J. Fazio*
Timothy J. Fazio (BBO #654157)
Bridget C. Araldi (BBO #717261)
Manning Gross + Massenburg LLP
125 High Street
6th Floor, Oliver Street Tower
Boston, MA 02110

TEL: (617) 670-8800
FAX: (617) 670-8801
tfazio@mgmlaw.com
baraldi@mgmlaw.com

Dated:  January 14, 2026

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)**

I verify that, prior to making this motion, I conferred with Plaintiff by email on multiple occasions as cited herein, for the purpose of attempting to resolve and/or narrow the issues herein, but was unable to do so.

*/s/ Timothy J. Fazio*
Timothy J. Fazio

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the District of Massachusetts by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record on January 14, 2026.

*/s/ Timothy J. Fazio*
Timothy J. Fazio

# Exhibit A

**Bridget Araldi**

| | |
|---|---|
| **From:** | William Kim <jaehyunkim720@gmail.com> |
| **Sent:** | Wednesday, December 24, 2025 2:59 PM |
| **To:** | Timothy J. Fazio |
| **Subject:** | Re: Service - Withdrawal of Request for Waiver of Service |

**[EXTERNAL EMAIL NOTICE]** This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

Tim you can try to charge me all you want.

Just file for an extension.

Happy holidays.

On Wed, Dec 24, 2025 at 11:57 AM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Will,

You have an agreement with counsel. I will simply move to extend and seek fees for the waste of time and effort attaching our agreement. That's exactly what the rule is for.

You do what you wish. As always, I suggest you get a lawyer to guide you.

Best,

Tim

Get Outlook for iOS

**Timothy J. Fazio** | MG+M The Law Firm
he/him
Partner
617 670 8635 | TFazio@mgmlaw.com
125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Wednesday, December 24, 2025 2:53:51 PM

**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Re: Service - Withdrawal of Request for Waiver of Service

1

[EXTERNAL EMAIL NOTICE] This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

I can do it. I haven't filed it yet on Pacer.

I fully intend to serve formally on December 26.

Happy holidays.


On Wed, Dec 24, 2025 at 5:04 AM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Will,


You can't do that. We agreed to a waiver and a responsive pleading date.


Service has been made.  You can't un-do it.


Is there something you are worried about?  We have been served and can't say we have not been.


Best,


Tim


**Timothy J. Fazio** | MG+M The Law Firm

he/him

Partner

617 670 8635 | TFazio@mgmlaw.com

125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Wednesday, December 24, 2025 8:00 AM

**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Re: Service - Withdrawal of Request for Waiver of Service

[EXTERNAL EMAIL NOTICE] This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

Withdrawal of Request for Waiver of Service

Tim,

I am writing to formally withdraw my prior request for waiver of service under Fed. R. Civ. P. 4(d). I will proceed with formal service after filing the complaint.

This notice is provided to avoid any ambiguity regarding service.

Happy holidays.

Best regards,

Will

On Tue, Dec 23, 2025 at 4:16 PM William Kim <jaehyunkim720@gmail.com> wrote:

Looks great, thank you.

On Tue, Dec 23, 2025 at 4:15 PM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Here you go. I also changed the language to note that the date was by agreement of the parties.

**Timothy J. Fazio** | MG+M The Law Firm

he/him

Partner

617 670 8635 | TFazio@mgmlaw.com

125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>

**Sent:** Tuesday, December 23, 2025 5:28 PM

**To:** Timothy J. Fazio <TFazio@mgmlaw.com>

**Subject:** Re: Service

[EXTERNAL EMAIL NOTICE] This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

Thank you for your professionalism.

On Tue, Dec 23, 2025 at 2:27 PM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

It's ok. I fixed it. I'll send back shortly.

Get Outlook for iOS

**Timothy J. Fazio** | MG+M The Law Firm

he/him

Partner

617 670 8635 | TFazio@mgmlaw.com

125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>

**Sent:** Tuesday, December 23, 2025 5:26:11 PM

**To:** Timothy J. Fazio <TFazio@mgmlaw.com>

**Subject:** Re: Service

[EXTERNAL EMAIL NOTICE] This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

Tim one thing, the request I sent you is dated 12/23. I'll send u a new form.

On Tue, Dec 23, 2025 at 12:09 PM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Thank you.

**Timothy J. Fazio** | MG+M The Law Firm
he/him
Partner
617 670 8635 | TFazio@mgmlaw.com
125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Tuesday, December 23, 2025 3:07 PM
**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Re: Service

[EXTERNAL EMAIL NOTICE] This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

The following exhibits were attached to the complaint.

Please find them below.

Thanks.

On Tue, Dec 23, 2025 at 11:59 AM William Kim <jaehyunkim720@gmail.com> wrote:

Tim, please find the attached.


Thanks.


On Tue, Dec 23, 2025 at 11:34 AM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Thank you.  To you as well.



**Timothy J. Fazio** | MG+M The Law Firm
he/him
Partner
617 670 8635 | TFazio@mgmlaw.com
125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

---

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Tuesday, December 23, 2025 2:32 PM
**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Re: Service


**[EXTERNAL EMAIL NOTICE]** This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

Yes. On your second email that is fine with me. Happy holidays.




On Tue, Dec 23, 2025 at 6:11 AM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Will,


Given the holidays and with the University being closed for break, can we please make it so the University accepts service as of January 5, so our responsive pleading is due on or before March 6?

Thank you.


Tim



**Timothy J. Fazio** | MG+M The Law Firm

he/him

Partner

617 670 8635 | TFazio@mgmlaw.com

125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

---

**From:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Sent:** Tuesday, December 23, 2025 8:51 AM
**To:** William Kim <jaehyunkim720@gmail.com>
**Subject:** RE: Service


Good morning Will.


Yes, I am authorized to accept/waive service.  Please send me whatever you filed, and the waiver and I will sign and return.


Best regards,


Tim



**Timothy J. Fazio** | MG+M The Law Firm

he/him

Partner

617 670 8635 | TFazio@mgmlaw.com

125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Monday, December 22, 2025 7:52 PM
**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Service

**[EXTERNAL EMAIL NOTICE]** This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

Good afternoon Mr. Fazio. Before arranging formal service, I'm writing to ask whether you are authorized to accept service or whether the University is willing to waive service under Rule 4(d). If not, please confirm the appropriate registered agent. Is Laura Chan still the appropriate agent?

Thanks.

# Exhibit B

## Bridget Araldi

| | |
|---|---|
| **From:** | William Kim <jaehyunkim720@gmail.com> |
| **Sent:** | Wednesday, January 14, 2026 2:46 PM |
| **To:** | Timothy J. Fazio |
| **Subject:** | Re: Service |

[EXTERNAL EMAIL NOTICE] This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

No.

On Wed, Jan 14, 2026 at 11:34 AM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Will,

Will you please agree to an enlargement of our page limit for our motion to dismiss from 20 to 30 pages?

Thanks

Tim

**Timothy J. Fazio** | MG+M The Law Firm
he/him
Partner
617 670 8635 | TFazio@mgmlaw.com
125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Tuesday, January 13, 2026 10:46 AM
**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Re: Service

[EXTERNAL EMAIL NOTICE] This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

I do not agree.

On Tue, Jan 13, 2026 at 5:20 AM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Good morning Will.

I believe the University was served with your Amended Complaint on January 8, making the responsive pleading due January 29.

I am once again asking for an extension of the University's time to respond to March 6, 2026.

Please let me know if that is agreeable.

Thanks

Tim

**Timothy J. Fazio** | MG+M The Law Firm
he/him
Partner
617 670 8635 | TFazio@mgmlaw.com
125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Monday, January 5, 2026 5:17 PM
**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Re: Service

[EXTERNAL EMAIL NOTICE] This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

When you are served. You will know.

On Mon, Jan 5, 2026 at 2:16 PM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Will,

You said you were amending the Complaint.  I have not seen one on the docket yet. Have you filed it?  If not, when will you?

Tim

Get Outlook for iOS

**Timothy J. Fazio** | MG+M The Law Firm
he/him
Partner
617 670 8635 | TFazio@mgmlaw.com
125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Monday, January 5, 2026 5:13:56 PM

**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Re: Service

[EXTERNAL EMAIL NOTICE] This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

Yes but your extensions would be unjustified including the fact that you were served with a courtesy copy almost 10 days before.

I suggest you stop being dismissive and simply move on with your motions.

On Mon, Jan 5, 2026 at 2:12 PM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Will,

I am encouraging you, once again, to please try to get an attorney.

I am trying to help make this case move efficiently, as attorneys are supposed to do. I have told you I would accept service. I have asked you to discuss a schedule. I have told you openly that the University will move to dismiss. If you will not agree to a schedule, I will seek an extension from the Court, and will likely ask for fees and attach these e-mails.

Again, I can accept service on behalf of the University. I would like to please discuss an extension of time to respond to your operative complaint once it is filed.

Thanks

Tim

**Timothy J. Fazio** | MG+M The Law Firm
he/him
Partner
617 670 8635 | TFazio@mgmlaw.com
125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Monday, January 5, 2026 5:06 PM
**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Re: Service

**[EXTERNAL EMAIL NOTICE]** This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

Yes but the waiver gives you extra time. 60 days. Not 21.

Good luck on your MTD. No courtesy copy will be provided.

On Mon, Jan 5, 2026 at 2:03 PM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

You can do it however you like, but I can simply accept it by e-mail from you with a waiver.

I would like to get the complaint, see your new allegations, and then we come to an agreement on when the University will file its responsive pleading. No surprises, I am sure we will file a motion to dismiss.

**Timothy J. Fazio** | MG+M The Law Firm
he/him
Partner
617 670 8635 | TFazio@mgmlaw.com
125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Monday, January 5, 2026 4:56 PM
**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Re: Service

**[EXTERNAL EMAIL NOTICE]** This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

No problem. If you insist on receiving service on behalf of mcphs, I can simply arrange service to your firm if you prefer that.

On Mon, Jan 5, 2026 at 12:22 PM Timothy J. Fazio <TFazio@mgmlaw.com> wrote:

Will,

Thank you for the heads up.

And to answer an earlier question, yes, Laura Chan is still the resident agent as listed with the Secretary of State.

If you insist on service through the University's resident agent as opposed to counsel, I ask that you please send me a courtesy copy of your amended complaint when you serve.

Thank you.

Tim

**Timothy J. Fazio** | MG+M The Law Firm
he/him
Partner
617 670 8635 | TFazio@mgmlaw.com
125 High Street, Oliver Street Tower, 6th Floor, Boston, MA 02110

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.

**From:** William Kim <jaehyunkim720@gmail.com>
**Sent:** Sunday, January 4, 2026 11:43 AM
**To:** Timothy J. Fazio <TFazio@mgmlaw.com>
**Subject:** Service

**[EXTERNAL EMAIL NOTICE]** This E-mail originated from an external source. Please carefully review before clicking links or opening attachments.

For your awareness, Plaintiff has filed a First Amended Complaint and will proceed with formal service of the FAC. The previously executed waiver related to the original complaint does not apply to the operative pleading. Thank you.