UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br><br> Plaintiff,<br><br> v.<br><br>MASSACHUSETTS COLLEGE OF PHARMACY AND HEALTH SCIENCES, and John Does 1-10,<br><br> Defendants. | Case No. 1:25-cv-13928-WGY |

## NOTICE OF APPEARANCE OF TIMOTHY J. FAZIO

Please enter the appearance of Timothy J. Fazio as counsel for Defendant Massachusetts College of Pharmacy and Health Sciences in the above-captioned action.

                Respectfully submitted,

                */s/ Timothy J. Fazio*
                Timothy J. Fazio, BBO # 654157
                MANNING GROSS + MASSENBURG LLP
                125 High Street, 6th Floor
                Oliver Street Tower
                Boston, MA 02110
                Telephone: (617) 670-8800
                Email: tfazio@mgmlaw.com

Dated:  January 16, 2026

## CERTIFICATE OF SERVICE

      I, Timothy J. Fazio, hereby certify that on January 16, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

                                        */s/ Timothy J. Fazio*
                                        Timothy J. Fazio