# UNITED STATES DISTRICT COURT

### for the

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAEHYUN KIM** | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. 1:25-CV-13928-WGY |
| | ) |
| **MASSACHUSETTS COLLEGE OF PHARMACY** | ) |
| **AND HEALTH SCIENCES, AND JOHN DOES 1-10** | ) |
| | ) |
| _Defendant_ | |

## AFFIDAVIT OF SERVICE

I, Steve Ceppi, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MASSACHUSETTS COLLEGE OF PHARMACY AND HEALTH SCIENCES in Suffolk County, MA on January 8, 2026 at 10:52 am at 179 Longwood Ave, Boston, MA 02115-5804 by leaving the following documents with Keith Bellucci who as Chief Financial Officer is authorized by appointment or by law to receive service of process for MASSACHUSETTS COLLEGE OF PHARMACY AND HEALTH SCIENCES.

EXHIBIT E - FEBRUARY 19, 2025 OCR ACKNOWLEDGMENT EMAIL
EXHBIT C - FEBRUARY 20, 2025 MCPHS CEASE & DESIST LETTER
EXHIBIT A - FEBRUARY 12, 2025 MCPHS ADMINISTRATIVE LETTER
SUMMONS IN A CIVIL ACTION
EXHIBIT D - FEBRUARY 24, 2025 MCPHS LETTER OF SEPARATION
EXHIBIT B - FEBRUARY 20, 2025 NO TRESPASS ORDER
FIRST AMENDED COMPLAINT - JURY TRIAL DEMANDED
Race: White, Sex: Male, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.3366966667,-71.1005945
Photograph: See Exhibit 1

Total Cost: $120.00

_____

Signature
Steve Ceppi
+1 (617) 930-5369

Subscribed and sworn to before
me this _12ᵗʰ_ day of
_January_ , _2026_ , by
_Steve ceppi_              .
Witness my hand and official
seal.


Notary Public

My commission expires:

_____



STEVEN E. FRANCISCO
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 14, 2028



Exhibit 1a)

101 PALACE ROAD