**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAEHYUN KIM,<br><br>              Plaintiff,<br><br>v.<br><br>MASSACHUSETTS COLLEGE OF<br>PHARMACY AND HEALTH SCIENCES,<br>and John Does 1-10,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No: 1:25-cv-13928-WGY**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CLARIFICATION AND PRESERVATION REGARDING EXTENSION OF TIME

Plaintiff, proceeding pro se, submits this Notice to clarify the procedural record regarding

Defendants' request for an extension of time and to preserve prejudice arising from delay.

1. Plaintiff filed the Complaint on December 22, 2025. Defendants were served on January

   7, 2026.

2. On January 14, 2026, Defendants moved for an extension of time to respond to the

   Complaint.

3. Plaintiff timely objected to the requested extension by written communication to

   opposing counsel, explaining that the delay would cause concrete prejudice in a

   time-sensitive academic and professional context.

4. At the time of Plaintiff's objection, Plaintiff did not yet have ECF filing privileges and

   therefore could not file a contemporaneous opposition through the docket. Plaintiff had

moved for permission to file electronically on December 22, 2025; that request was not

granted until after Defendants' extension motion was filed.

5. Defendants' motion for extension attached Plaintiff's written objection as an exhibit,

thereby placing Plaintiff's opposition before the Court and confirming that the extension

request was contested.

6. Plaintiff files this Notice to clarify for the record that:

○ the extension request **was not unopposed;**

○ Plaintiff **objected promptly and in writing;**

○ Plaintiff's **inability to file contemporaneously was due to lack of ECF access, not consent or acquiescence.**

7. Plaintiff further notes, for purposes of record preservation, that as a result of the

extension, Defendants will have had approximately twelve weeks from the filing of the

Complaint to answer, move, or otherwise respond. In this case, delay is not neutral. Time

directly affects Plaintiff's academic standing, professional trajectory, and reputational

harm, which continue to compound while the matter remains unresolved.

8. Plaintiff finally wishes to clarify for the record that Plaintiff's academic pathway has

**been disrupted for almost three years to this point, with costs and stigma**

**compounding by the minute.**[1]

9. Plaintiff raises this clarification **only to preserve the procedural record** and to note that

delay in this matter has caused, and continues to cause, concrete prejudice given the

academic and professional consequences at issue.

---

[1] Plaintiff's academic disruption began in or about August 2023, when disciplinary and related actions by Defendants first interfered with Plaintiff's enrollment, progression, and professional standing. Since that time, Plaintiff has been unable to proceed along a normal academic pathway, has incurred ongoing financial and reputational costs, and has experienced continuing barriers to reinstatement and advancement. The delay at issue here occurs against that existing backdrop of prolonged disruption, rather than in isolation.

10. Plaintiff respectfully submits this Notice in the interest of accuracy of the record and

preservation of rights.

**Respectfully submitted,**

January 27. 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214
San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

## CERTIFICATE OF SERVICE

I, Jaehyun Kim, hereby certify that on January 27, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

_____

Jaehyun Kim