UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAEHYUN KIM,<br>        Plaintiff,<br><br>v.<br><br>MASSACHUSETTS COLLEGE OF<br>PHARMACY AND HEALTH SCIENCES,<br>and John Does 1-10,<br><br>        Defendants. | **Civil Action No: 1:25-cv-13928-WGY** |

## TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Jaehyun Kim, proceeding pro se, respectfully moves this Court for emergency injunctive relief pursuant to Fed. R. Civ. P. 65.

Plaintiff seeks a temporary restraining order and preliminary injunction requiring Defendants to:

1. reinstate Plaintiff to student status at MCPHS pending adjudication of this action; and

2. refrain from further disciplinary, reporting, or exclusionary actions affecting Plaintiff's enrollment, transcript, or professional standing during the pendency of this case.

Immediate relief is necessary because Plaintiff continues to suffer irreparable harm that cannot be remedied by damages alone, including ongoing disruption of Plaintiff's academic and professional pathway, loss of licensure eligibility, and compounding reputational stigma.

As set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's motion for temporary restraining order and injunctive relief, Plaintiff satisfies all four factors governing emergency injunctive relief.

**Respectfully submitted,**

January 27. 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214
San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

## CERTIFICATE OF SERVICE

     I, Jaehyun Kim, hereby certify that on January 27, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

                                                        Jaehyun Kim