UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br><br>              Plaintiff,<br>   vs.<br><br>MASSACHUSETTS COLLEGE OF PHARMACY AND HEALTH SCIENCES, and John Does 1-10<br><br>              Defendant. | Case No.: 1:25-cv-13928-WGY |

**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND <u>PRELIMINARY INJUNCTION</u>**

I, Timothy J. Fazio, hereby declare as follows:

1. I am attorney duly admitted to practice in the Commonwealth of Massachusetts and in the U.S. District Court for the District of Massachusetts. My Board of Bar Overseers registration number 654157.

2. I serve as counsel for Defendant, Massachusetts College of Pharmacy and Health Sciences, properly named MCPHS University ("MCPHS" or "the University"), and I have personal knowledge of the facts set forth herein. I submit this Declaration in support of the Defendant's Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, as well as in support of Defendant's Motion for a Protective Order.

1

3. I have filed, on behalf of Defendant, an Opposition brief that includes twenty (20) exhibits as further described below.

4. **Exhibit A** attached is a true and accurate copy of Mr. Kim's letter of admission to MCPHS, dated March 24, 2021.

5. **Exhibit B** attached is a true and accurate copy of an MCPHS Campus Police Department report dated September 30, 2022.

6. **Exhibit C** attached is a true and accurate copy of e-mail correspondence from MCPHS Assistant Dean of Students, AJ Andreucci, dated September 13, 2023.

7. **Exhibit D** attached is a true and accurate copy of e-mail correspondence between Mr. Kim and Mr. Andreucci, dated September 25, 2023.

8. **Exhibit E** attached is a true and accurate copy of a no contact order issued against Mr. Kim by another MCPHS student, dated October 2, 2024.

9. **Exhibit F** attached is a true and accurate copy of a letter sent to Mr. Kim on October 2, 2024, informing him of his disciplinary violations and Level II Disciplinary Hearing.

10. **Exhibit G** attached is a true and accurate copy of the MCPH Student Handbook.

11. **Exhibit H** attached is a true and accurate copy of Mr. Kim's Leave of Absence Form which is signed October 4, 2024.

12. **Exhibit I** attached is a true and accurate copy of a letter from Assistant Dean of Students, Hilary Theofane, sent to Mr. Kim on October 8, 2024.

13. **Exhibit J** attached is a true and accurate copy of e-mail correspondence between Mr. Kim and a course instructor dated October 16 and 17, 2024.

14. **Exhibit K** attached is a true and accurate copy of e-mail correspondence between MCPHS Student Affairs and Mr. Kim dated October 22, 2024.

15. **Exhibit L** attached is a true and accurate copy of a statement of requests Mr. Kim sent to MCPHS faculty on January 15, 2025.

16. **Exhibit M** attached is a true and accurate copy of the letter sent to Mr. Kim from MCPHS Associate Provost, Craig Mack on February 12, 2025.

17. **Exhibit N** attached is a true and accurate copy of the MCHS Spring '25 Town Hall Pre-Event Survey form completed and submitted to the University by Mr. Kim.

18. **Exhibit O** attached is a true and accurate copy of e-mail correspondence from Mr. Kim to Mr. Mack on February 18 and 19, 2025.

19. **Exhibit P** attached is a true and accurate copy of the no trespass order that was issued against Mr. Kim on February 20, 2025.

20. **Exhibit Q** attached is a true and accurate copy of is a true and accurate copy of the cease and desist letter that was sent to Mr. Kim on February 20, 2025.

21. **Exhibit R** attached is a true and accurate copy of the letter formally expelling Mr. Kim from MCPHS, which was sent to Mr. Kim on February 24, 2025.

22. **Exhibit S** attached is a true and accurate copy of multiple screenshots of posts from Mr. Kim's personal LinkedIn profile.

23. **Exhibit T** attached is a true and accurate copy of a screenshot of Mr. Kim's personal Instagram profile, and two screenshots of posts from Mr. Kim's personal LinkedIn profile.

24. I have personally received and reviewed in excess of 100 posts published by Mr. Kim on his personal social media profiles that are directed toward MCPHS, MCPHS students, and/or myself.

25. Without invitation, Mr. Kim came to my place of work on July 18, 2025, in an attempt to speak with me.

26. I am aware of the charges currently being brought against Mr. Kim by the Boston Police Department through my direct contact with Boston Police.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28TH DAY OF JANUARY, 2026.**

/s/ Timothy J. Fazio
Timothy J. Fazio

Respectfully submitted,

**Defendant,**
Massachusetts College of Pharmacy and
Health Sciences University
By Its Attorney,

/s/ Timothy J. Fazio
Timothy J. Fazio (BBO #654157)
Manning Gross + Massenburg LLP
125 High Street
6th Floor, Oliver Street Tower
Boston, MA 02110
TEL: (617) 670-8800
FAX: (617) 670-8801
tfazio@mgmlaw.com

Dated: January 28, 2026

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the District of Massachusetts by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record on January 28, 2026.

*/s/ Timothy J. Fazio*
Timothy J. Fazio
