UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAEHYUN KIM, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS COLLEGE OF )<br>PHARMACY AND HEALTH SCIENCES, )<br>and John Does 1-10, )<br>)<br>        Defendants. )<br>) | **Civil Action No: 1:25-cv-13928-WGY** |

**PLAINTIFF'S EMERGENCY MOTION TO FILE REPLY**

Plaintiff Jaehyun Kim ("Plaintiff"), proceeding pro se, respectfully moves for leave to file a limited Reply in further support of his Motion for Temporary Restraining Order and Preliminary Injunction.

This motion is filed on an emergency basis because Defendant filed its Opposition on the eve of the scheduled Preliminary Injunction hearing and raised new issues and new affirmative relief that Plaintiff could not have anticipated in his opening motion.

**GROUNDS FOR LEAVE**

1. Defendant seeks new affirmative relief for the first time.

    In its Opposition, Defendant affirmatively requests a sweeping Rule 26(c) "protective order" that would prohibit Plaintiff from contacting anyone in the MCPHS community and from making any social media posts "targeted" at MCPHS. This request for a speech-restrictive order was not raised in any prior motion and is distinct from

    Defendant's opposition to Plaintiff's requested injunctive relief.

2. Defendant relies on unadjudicated criminal allegations to support its request.

   Defendant's Opposition repeatedly references an "application for a criminal complaint" and characterizes it as "charges currently being brought," despite the absence of any issued complaint, service, or adjudication. Because Defendant relies on these allegations to justify extraordinary relief, fundamental fairness requires allowing Plaintiff to respond.

3. The timing necessitates a prompt response.

   Defendant's Opposition was filed the day before the scheduled Preliminary Injunction hearing, leaving Plaintiff no meaningful opportunity to respond absent leave of Court.

4. The proposed Reply is limited and will assist the Court.

   Plaintiff's proposed Reply, attached as Exhibit A, is narrowly tailored to address only the new relief requested, the procedural posture of the alleged criminal matters, and material factual mischaracterizations relevant to the Court's equitable analysis.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the attached Reply in support of his Motion for Temporary Restraining Order and Preliminary Injunction.

**Respectfully submitted,**

January 27. 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214
San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

**CERTIFICATE OF SERVICE**

    I, Jaehyun Kim, hereby certify that on January 28, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

 

_____

Jaehyun Kim