UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAEHYUN KIM,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS COLLEGE OF<br>PHARMACY AND HEALTH SCIENCES,<br>and John Does 1-10,<br><br>    Defendants. | **Civil Action No: 1:25-cv-13928-WGY** |

### PLAINTIFF'S MOTION FOR CONTINUANCE TO OBTAIN COUNSEL

**Plaintiff Jaehyun Kim**, proceeding pro se, respectfully moves this Court for a brief continuance of the currently scheduled trial date in order to obtain counsel. In support, Plaintiff states as follows:

1. This matter has proceeded on an accelerated schedule toward a merits bench trial.

2. Plaintiff is currently proceeding pro se. The claims at issue involve complex factual and legal questions, including constitutional, statutory, and contractual issues, as well as evidentiary and damages matters.

3. During the recent hearing, the Court indicated that Plaintiff could seek to set the matter off in order to obtain counsel.

4. Plaintiff has been actively attempting to retain counsel and **anticipates that counsel may be prepared to enter an appearance**, but requires reasonable additional time to finalize representation.

5. A short continuance for this purpose would not unduly prejudice Defendants and would promote the fair and orderly adjudication of this matter.

6. This request is made in good faith and not for purposes of delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court continue the currently scheduled trial date for a reasonable period to allow Plaintiff to obtain counsel, and for such other relief as the Court deems just and proper.

                                                **Respectfully submitted,**

January 30, 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214
San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

**CERTIFICATE OF SERVICE**

    I, Jaehyun Kim, hereby certify that on January 30, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

 

Jaehyun Kim