UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br><br>               Plaintiff,<br>  vs.<br><br>MASSACHUSETTS COLLEGE OF PHARMACY AND HEALTH SCIENCES, and John Does 1-10<br><br>               Defendant. | Case No.: 1:25-cv-13928-WGY |

## **MCPHS UNIVERSITY'S RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTINUANCE**

MCPHS files this response in support of Mr. Kim's motion to continue the trial of this case, currently set to commence February 4, 2026. MCPHS recognizes Mr. Kim's desire to obtain counsel and agrees that he should be afforded a reasonable time to engage counsel. To that end, and to that this case still continues promptly to a trial on the merits as needed, MCPHS respectfully suggests the Court enter the following scheduling order:

1. All pending motions shall be denied without prejudice as moot.

2. Mr. Kim shall provide a status report as to whether he has been able to retain counsel on Friday of each week starting February 6, 2026, unless counsel files a notice of appearance earlier.

3. Mr. Kim shall have until March 6, 2026, to obtain counsel, or else he will proceed *pro se*.

1

4. MCPHS University will submit its Motion to Dismiss on March 6, 2026. Mr. Kim shall have until April 20, 2026, to file an Opposition. MCPHS shall have until May 5, 2026, to file a Reply.

5. The Court will hear oral argument on the Motion to Dismiss at the Court's convenience following briefing.

6. Following a decision on the Motion to Dismiss, a date for a bench trial will be set at the Court's convenience for any claims that may remain.

Pursuant to the Court's rulings and agreements by the Parties during the hearing on January 29, 2026, there will be no additional discovery prior to trial, except that the Parties shall exchange proposed trial exhibits at a reasonable time to be determined before trial. There will also be no additions to the trial witness list, with the Parties reserving the right to move for a protective order seeking to relieve a witness from testifying if they so choose.

At the Court's pleasure, counsel will make themselves available for a status conference as needed to discuss and work through the above.

    Respectfully submitted,

    **Defendant,**
    Massachusetts College of Pharmacy and
    Health Sciences University
    By Its Attorneys,

    */s/ Timothy J. Fazio*_____
    Timothy J. Fazio (BBO #654157)
    Bridget C. Araldi (BBO #717261)
    Manning Gross + Massenburg LLP
    125 High Street

6th Floor, Oliver Street Tower<br>
Boston, MA 02110<br>
TEL: (617) 670-8800<br>
FAX: (617) 670-8801<br>
tfazio@mgmlaw.com<br>
baraldi@mgmlaw.com

Dated: January 30, 2026

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the District of Massachusetts by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record on January 30, 2026.

<i>/s/ Timothy J. Fazio</i><br>
Timothy J. Fazio