UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br><br>            Plaintiff,<br>vs.<br><br>MASSACHUSETTS COLLEGE OF PHARMACY AND HEALTH SCIENCES, and John Does 1-10<br><br>            Defendant. | Case No.: 1:25-cv-13928-WGY |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S LIMITED MOTION FOR BIFURCATION AND JURY DETERMINATION ON DAMAGES**

Now comes the above-named Defendant, Massachusetts College of Pharmacy and Health Sciences, properly named MCPHS University ("MCPHS" or "the University"), and hereby opposes Plaintiff's Limited Motion for Bifurcation and Jury Determination of Damages on the grounds that: (i) Plaintiff has already waived his right to a jury trial; and (ii) Plaintiff already requested this at his January 29, 2026, hearing and the Judge denied the motion. Plaintiff's motion is effectively a Motion for Reconsideration.

For all the reasons set forth herein, MCPHS respectfully requests that this Court deny Mr. Kim's Motion for Bifurcation and Jury Determination on Damages.

Respectfully submitted,

**Defendant,**
Massachusetts College of Pharmacy and
Health Sciences University
By Its Attorneys,


*/s/ Timothy J. Fazio*
Timothy J. Fazio (BBO #654157)
Bridget C. Araldi (BBO #717261)
Manning Gross + Massenburg LLP
125 High Street
6th Floor, Oliver Street Tower
Boston, MA 02110
TEL: (617) 670-8800
FAX: (617) 670-8801
tfazio@mgmlaw.com
baraldi@mgmlaw.com

Dated:  January 31, 2026

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the District of Massachusetts by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record on January 31, 2026.

      */s/ Timothy J. Fazio*
      Timothy J. Fazio