UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br><br>          Plaintiff,<br>vs.<br><br>MASSACHUSETTS COLLEGE OF PHARMACY AND HEALTH SCIENCES, and John Does 1-10<br><br>          Defendant. | Case No.: 1:25-cv-13928-WGY |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REQUIRE VERIFICATION OF CLAIMED WITNESS UNAVAILABILITY AND TO CONDITION ANY OUT-OF-COURT-ORDER TESTIMONY ON SUCH VERIFICATION**

Now comes the above-named Defendant, Massachusetts College of Pharmacy and Health Sciences, properly named MCPHS University ("MCPHS" or "the University"), and hereby opposes the Plaintiff's Motion to Require Verification of Claimed Witness Unavailability and to Condition any Out-of-Court-Order Testimony on Such Verification on the grounds that MCPHS counsel notified Mr. Kim that Craig Mack ("Mr. Mack") is available to testify on Wednesday, February 4. As the Court indicated during the January 29, 2026, hearing, witnesses may be taken out of order if necessary. Mr. Mack has a pre-planned trip out of town for Thursday and Friday. To the extent that the Court requires proof of Mr. Mack's schedule, he will be available on Wednesday to testify to his schedule.

For the reason set forth herein, MCPHS respectfully requests that this Court deny Mr. Kim's Motion to Require Verification of Claimed Witness Unavailability and to Condition any Out-of-Court-Order Testimony on Such Verification.

                                                Respectfully submitted,

                                                **Defendant,**
Massachusetts College of Pharmacy and
Health Sciences University
By Its Attorneys,


*/s/ Timothy J. Fazio*
Timothy J. Fazio (BBO #654157)
Bridget C. Araldi (BBO #717261)
Manning Gross + Massenburg LLP
125 High Street
6th Floor, Oliver Street Tower
Boston, MA 02110
TEL: (617) 670-8800
FAX: (617) 670-8801
tfazio@mgmlaw.com
baraldi@mgmlaw.com

Dated: January 31, 2026

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the District of Massachusetts by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record on January 31, 2026.

                                                                         */s/ Timothy J. Fazio*
                                                                        Timothy J. Fazio