UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAEHYUN KIM,<br>　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS COLLEGE OF<br>PHARMACY AND HEALTH SCIENCES,<br>and John Does 1-10,<br><br>　　　　Defendants. | Civil Action No: 1:25-cv-13928-WGY |

**PLAINTIFF'S SUPPLEMENTAL NOTICE OF TARGETED DEPOSITIONS**

Plaintiff supplements his Emergency Motion for Targeted Discovery and Notice of Deposition to identify additional narrowly tailored deposition targets necessary to determine the initiation, coordination, and authorization of law-enforcement contact occurring on February 1, 2026.

In addition to the deposition of Tim Fazio, Plaintiff Plaintiff provides notice of the following additional targeted depositions, with questioning limited to communications with law enforcement, public-safety assessments, escalation decisions, and coordination concerning Plaintiff:

1. **MCPHS General Counsel or Acting General Counsel**;
2. **MCPHS Chief of Public Safety / Campus Security Director** (or equivalent role);
3. **MCPHS Dean of Students or Senior Student Affairs Administrator** involved in safety or disciplinary escalation;
4. **MCPHS President Richard Lessard;**

5. **Any MCPHS employee, student, or agent who communicated with law enforcement regarding Plaintiff** between January 15, 2026 and February 2, 2026 (identity to be confirmed through interrogatory responses);

6. **BRIC officers Luis Anjos, Detective Pires, Detective Texeira;**

7. **Any D-2 Boston Police Department Officers related to this case**

8. Each deposition will be limited in duration (no more than three hours), subject matter, and scope, and may be conducted remotely to minimize burden.

                                                   **Respectfully submitted,**

February 1, 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214
San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

## **CERTIFICATE OF SERVICE**

    I, Jaehyun Kim, hereby certify that on February 1, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

                                                                           Jaehyun Kim