UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br><br>    Plaintiff,<br> vs.<br><br>MASSACHUSETTS COLLEGE OF PHARMACY AND HEALTH SCIENCES, and John Does 1-10<br><br>    Defendant. | Case No.: 1:25-cv-13928-WGY |

### MCPHS UNIVERSITY'S OMNIBUS OPPOSITION TO PLAINTIFF'S PENDING MOTIONS

 MCPHS University submits this omnibus opposition in direct response to Mr. Kim's filing of his Statement of Counsel/Statement for the Record [Docket No. 57] as well as his Emergency Motion for Limited Discovery and its "supplement" [Docket Nos. 58 and 59]. Attached as Exhibit A, please find a LinkedIn post by Mr. Kim from approximately 7pm eastern on Saturday, January 31, 2026. Counsel for MCPHS became aware of this post Sunday morning and was immediately concerned about Mr. Kim's safety. As such, the undersigned sent this post to Boston Police and contacted San Diego Police to notify them of the post and its contents. The undersigned identified himself and his relation to Mr. Kim as an opponent in a litigation, read the post to the dispatcher, and noted his concern for Mr. Kim's safety. At the request of San Diego Police, the undersigned provided Mr. Kim's phone number, address, and

1

description. San Diego Police informed the undersigned that they would conduct a wellness check on Mr. Kim. The content of Mr. Kim's post speaks for itself. MCPHS brings this post to the Court's attention, not only in response to Mr. Kim's recent filings, but also to the extent it raises any competency concerns with the Court given the imminent start of trial in this matter.

In addition, for the record, MCPHS opposes all other pending motions by Mr. Kim as noted below. In the interest of judicial economy, MCPHS submits these general oppositions in an omnibus fashion and without further briefing. To the extent the Court wishes further briefing on any topic, MCPHS will gladly provide it as soon as possible.

Current motions to which MCPHS has yet to respond, and hereby opposes:

- Motion for In Camera Review and Applicability of the Crime Fraud Exception [Docket No. 52]
- Motion for Judicial Findings and in the Alternative Referral [Docket No. 53]
- Motion to Impeach Defendants Witnesses and to Disregard Defense Arguments Not Supported by the Civil Record [Docket No. 54]
- Motion for Sanctions Against Defense Counsel for Misrepresentation of the Record and Improper Advocacy [Docket No. 55]
- Motion to Disqualify Defense Counsel Due to Counsel as Witness Advocacy and Irreparable Prejudice [Docket No. 56]
- Emergency Motion for Limited Discovery and its "supplement" [Docket Nos. 58 and 59]

                                                         Respectfully submitted,

                                                         **Defendant,**
                                                         Massachusetts College of Pharmacy and
                                                         Health Sciences University
                                                         By Its Attorneys,

                                                         */s/ Timothy J. Fazio*
                                                         Timothy J. Fazio (BBO #654157)
                                                         Bridget C. Araldi (BBO #717261)
                                                         Manning Gross + Massenburg LLP
                                                         125 High Street
                                                         6th Floor, Oliver Street Tower
                                                         Boston, MA 02110
                                                         TEL: (617) 670-8800
                                                         FAX: (617) 670-8801
                                                         tfazio@mgmlaw.com
                                                         baraldi@mgmlaw.com

Dated:  February 1, 2026

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the District of Massachusetts by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record on February 1, 2026.

                                                                                    */s/ Timothy J. Fazio*
                                                                                    Timothy J. Fazio