

*Screenshot taken at 1:04 PM, February 1, 2026.*