UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br>          Plaintiff,<br><br>v.<br><br>MASSACHUSETTS COLLEGE OF<br>PHARMACY AND HEALTH SCIENCES,<br>and John Does 1-10,<br><br>          Defendants. | **Civil Action No: 1:25-cv-13928-WGY** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SHORT SUPPLEMENTAL PROPOSED CONCLUSIONS OF LAW

(Pursuant to Fed. R. Civ. P. 52)

Plaintiff respectfully moves for leave to file a short set of Supplemental Proposed Conclusions of Law.

1. Plaintiff timely submitted Proposed Conclusions of Law in accordance with the Court's directive.

2. Defendant thereafter filed Proposed Findings of Fact and Rulings of Law that raise legal characterizations and doctrinal arguments not fully addressed in Plaintiff's initial submission, including the framing of the case as involving academic discretion and disciplinary judgment.

3. Plaintiff seeks leave to submit a **brief supplemental filing**, continuing the existing paragraph numbering, for the limited purpose of clarifying how Plaintiff's previously submitted Conclusions of Law apply to the full trial record and to Defendant's proposed findings.

4. The proposed supplement does not introduce new claims, new evidence, or new legal theories, and does not withdraw or supersede Plaintiff's original Conclusions of Law.

5. Allowing a short supplemental submission will assist the Court in resolving the issues presented under Rule 52 without prejudice to Defendant and without delaying the Court's consideration of the case.

6. The proposed supplemental conclusions of law are submitted as an exhibit below.

WHEREFORE, Plaintiff respectfully requests leave to file a short Supplemental Proposed Conclusions of Law.

**Respectfully submitted,**

February 3, 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214

San Diego, CA, 92112<br>
857 381 3352<br>
jaehyunkim720@gmail.com

## **CERTIFICATE OF SERVICE**

    I, Jaehyun Kim, hereby certify that on February 3, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

_____

Jaehyun Kim