UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAEHYUN KIM, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No: 1:25-cv-13928-WGY** |
| MASSACHUSETTS COLLEGE OF ) | |
| PHARMACY AND HEALTH SCIENCES, ) | |
| and John Does 1-10, ) | |
| ) | |
|       Defendants. ) | |

**MOTION FOR ACCESS TO DIGITAL AUDIO RECORDINGS OF PROCEEDINGS**

**Plaintiff Jaehyun Kim**, proceeding pro se, respectfully moves this Court for access to the digital audio recordings of the proceedings held on **01/29/26 - 02/05/26**, pursuant to the Court's inherent authority to ensure an accurate and complete record.

**Grounds**

1. The proceedings at issue involved **material procedural determinations**, including but not limited to:

   - the nature of the hearing (preliminary injunction versus merits),

   - discussion of jury trial rights, and

   - consolidation and sequencing of issues.

2. Plaintiff is in the process of reviewing and preparing the record for post-trial motions and potential appellate review.

   **Accuracy of the record is essential**, particularly where constitutional and procedural rights are implicated.

3. While transcripts have been ordered, digital audio recordings provide:

   - clarification of timing and sequencing,

   - tone and interruptions,

   - and confirmation of colloquy surrounding procedural rulings.

4. Plaintiff does not seek public dissemination of the recordings and is amenable to any reasonable restrictions the Court deems appropriate.

5. Granting access will assist Plaintiff in ensuring the accuracy of the record and will not prejudice Defendants.

### Requested Relief

Plaintiff respectfully requests that the Court:

1. Permit Plaintiff to obtain or listen to the **digital audio recordings** of the proceedings held on **01/29/26 - 02/05/26**; or

2. In the alternative, direct the Clerk of Court to make the recordings available for inspection or duplication under appropriate conditions.

## Conclusion

This request is made solely to ensure an accurate record of proceedings involving significant procedural determinations. Plaintiff respectfully submits that granting access will promote fairness, accuracy, and judicial efficiency.

                                                                      **Respectfully submitted,**

                                                                       February 8, 2026
                                                                            Jaehyun Kim
                                                                      Pro se Plaintiff
                                                815 E St, PO Box #12214
                                                  San Diego, CA, 92112
                                                        857 381 3352
                                      jaehyunkim720@gmail.com

## CERTIFICATE OF SERVICE

      I, Jaehyun Kim, hereby certify that on February 8, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

 

                                                Jaehyun Kim