UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br>        Plaintiff,<br><br>v.<br><br>MASSACHUSETTS COLLEGE OF<br>PHARMACY AND HEALTH SCIENCES,<br>and John Does 1-10,<br><br>        Defendants. | **Civil Action No: 1:25-cv-13928-WGY** |

## PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH NEWLY DISCOVERED EVIDENCE

Plaintiff Jaehyun Kim respectfully moves for leave to supplement the record with newly discovered evidence that arose after the close of the evidentiary record. These documents were only discovered after the culmination of the bench trial.

The temporal proximity between the filing of this civil action and the subsequent creation of the criminal complaint application may bear on the chronology of events discussed during trial.

This matter was tried before the Court in a bench trial and is currently under advisement.

On **December 22, 2025**, Plaintiff filed the present civil action.

Publicly available court records reflect that a **criminal complaint application was created the following day, on December 23, 2025**, by Detective Luis Anjos.

Because this document did not exist at the time of trial, it could not have been presented in the evidentiary record.

Plaintiff respectfully submits that the existence and timing of this filing may bear on the chronology of events discussed during trial. Plaintiff therefore seeks leave to submit the relevant public court record reflecting the date of the complaint application.

Plaintiff does not seek to reopen testimony or expand the trial proceedings at this time and requests only permission to supplement the record with the document for the Court's consideration.

        **Respectfully submitted,**

        March 9, 2026
        Jaehyun Kim
        Pro se Plaintiff
        815 E St, PO Box #12214
        San Diego, CA, 92112
        857 381 3352
        jaehyunkim720@gmail.com

**CERTIFICATE OF SERVICE**

    I, Jaehyun Kim, hereby certify that on March 9, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

                                                    Jaehyun Kim