**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JAEHYUN KIM, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS COLLEGE OF )<br>PHARMACY AND HEALTH SCIENCES, )<br>and John Does 1-10, )<br>)<br>    Defendants. )<br>) | **Civil Action No: 1:25-cv-13928-WGY** |

**PLAINTIFF'S MOTION TO RESTRICT ACCESS AND REPLACE EXHIBIT**

**CONTAINING UNREDACTED PERSONAL IDENTIFIERS**

 Plaintiff Jaehyun Kim respectfully moves the Court for an order restricting access to Exhibit A filed with Plaintiff's Motion for Leave to Supplement the Record.

 After filing, Plaintiff discovered that the exhibit inadvertently contains unredacted personal identifiers, including Plaintiff's date of birth and Social Security number. The inclusion of this information was unintentional.

 Pursuant to Federal Rule of Civil Procedure 5.2 and the Court's authority to protect sensitive personal information in the record, Plaintiff respectfully requests that the Court restrict public access to the previously filed exhibit.

 Plaintiff further requests leave to replace the exhibit with a properly redacted version that removes or masks the personal identifiers.

**Plaintiff apologizes to the Court for the inadvertent filing** and submits this motion **promptly upon discovering the issue.**

### REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. Restrict public access to the previously filed Exhibit A containing unredacted personal identifiers; and
2. Permit Plaintiff to file a redacted replacement exhibit.

                                                             **Respectfully submitted,**

March 9, 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214
San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

## CERTIFICATE OF SERVICE

   I, Jaehyun Kim, hereby certify that on March 9, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

                     */s/ Jaehyun Kim*
                     Jaehyun Kim