UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAEHYUN KIM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS COLLEGE OF PHARMACY AND HEALTH SCIENCES, and John Does 1-10<br><br>　　　　　　Defendant. | Case No.: 1:25-cv-13928-WGY |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S POST-TRIAL MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH NEWLY DISCOVERED EVIDENCE**

Now comes the above-named Defendant, Massachusetts College of Pharmacy and Health Sciences, properly named MCPHS University ("MCPHS" or "the University"), and hereby opposes Plaintiff's post-trial Motion for Leave to Supplement the Record with Newly Discovered Evidence on the grounds that: (i) having completed trial and submitted the case for decision, the parties' evidentiary submissions are closed; (ii) Plaintiff's speculative reasoning that the "existence and timing" of the criminal complaint application "may bear on the chronology of events" is insufficient to meet the well-established and rigorous standard for reopening or supplementing a closed record; and, (iii) the new materials proffered by Plaintiff do not address the elements, claims, or defenses tried in this civil bench trial, nor do they tend to prove or disprove any material fact adjudicated at trial. See Dairy Farmers of Am., Inc. v. Bernon Land Tr., LLC, No. 1:22-CV-10422-JEK, 2024 WL 3498591, at *1 (D. Mass. July 22, 2024) (quoting Rivera-Flores v. Puerto

1

Rico Tel. Co., 64 F.3d 742, 746 (1st Cir. 1995)) ("Trial courts as a rule act within their discretion in refusing to reopen a case where the proffered 'new' evidence is insufficiently probative to offset the procedural disruption caused by reopening.").

    For all the reasons set forth herein, the Defendant respectfully requests that this Court deny Plaintiff's post-trial Motion for Leave to Supplement the Record with Newly Discovered Evidence.

                                                    Respectfully submitted,

                                                   **Defendant,**
                                                   Massachusetts College of Pharmacy and
                                                   Health Sciences University
                                                   By Its Attorneys,

                                                   */s/ Timothy J. Fazio*_____
                                                   Timothy J. Fazio (BBO #654157)
                                                   Bridget C. Araldi (BBO #717261)
                                                   Manning Gross + Massenburg LLP
                                                   125 High Street
                                                   6th Floor, Oliver Street Tower
                                                   Boston, MA 02110
                                                   TEL: (617) 670-8800
                                                   FAX: (617) 670-8801
                                                   tfazio@mgmlaw.com
                                                   baraldi@mgmlaw.com

Dated: March 9, 2026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the District of Massachusetts by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record on March 9, 2026.

*/s/ Timothy J. Fazio*
Timothy J. Fazio
