**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAEHYUN KIM,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS COLLEGE OF<br>PHARMACY AND HEALTH SCIENCES,<br>and John Does 1-10,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　　　**Civil Action No: 1:25-cv-13928-WGY**

## PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INSURANCE

## AGREEMENTS PURSUANT TO RULE 26(a)(1)(A)(iv)

Plaintiff Jachyun Kim respectfully moves for an order compelling Defendant to disclose any insurance agreements pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv), and states as follows:

### 1. Mandatory Disclosure Requirement

Federal Rule of Civil Procedure 26(a)(1)(A)(iv) requires a party to provide, without awaiting a discovery request:

"any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment."

This obligation is automatic and ongoing.

## 2. Failure to Disclose

To date, Plaintiff is unaware of any Rule 26(a)(1) initial disclosures having been served by Defendant, including any disclosure of insurance agreements.

No insurance information has been produced at any stage of this litigation.

## 3. Limited and Non-Disruptive Relief

This request is narrowly tailored and does not seek to reopen merits discovery. Disclosure of insurance agreements:

- is expressly required by Rule 26
- imposes minimal burden
- does not bear on liability under Federal Rule of Evidence 411

## 4. Procedural Posture

Although the case is presently under advisement, the obligation to disclose insurance agreements under Rule 26(a)(1)(A)(iv) is independent of discovery timing and remains enforceable.

## 5. Relief Requested

Plaintiff respectfully requests that the Court:

1. Order Defendant to disclose any insurance agreements within its possession, custody, or control that may satisfy all or part of a judgment in this action; and

2.  Grant such other relief as the Court deems appropriate.

Respectfully submitted,

04/13/2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214
San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

### CERTIFICATE OF SERVICE

I, Jaehyun Kim, hereby certify that on April 13, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

Jaehyun Kim