**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JAEHYUN KIM, <br>           Plaintiff, <br><br> v. <br><br> MASSACHUSETTS COLLEGE OF <br> PHARMACY AND HEALTH SCIENCES, <br> and John Does 1-10, <br><br>           Defendants. | **Civil Action No: 1:25-cv-13928-WGY** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF NO. 126 NUNC PRO TUNC

Plaintiff Jaehyun Kim respectfully moves for leave to file his Reply Brief nunc pro tunc in support of his post-trial motions.

### 1. The Reply Addresses New Arguments and Material Distortion

Defendant's Oppositions do not merely respond to Plaintiff's motions but introduce new factual characterizations and legal theories that materially reframe the record and the issues before the Court. These include, among other things, the nature of the decision-making process, the evidentiary record, and the scope and theory of Plaintiff's claims.

Plaintiff's Reply Brief was filed to directly address these issues and to prevent material mischaracterization of the record.

### 2. Granting Leave Will Not Prejudice Defendant

Granting leave will not prejudice Defendant. The Reply does not introduce new claims or evidence outside the scope of the pending motions but responds directly to arguments raised in Defendant's Oppositions. Defendant has already had a full and fair opportunity to present its positions.

### 3. Consideration of the Reply Will Assist the Court

Consideration of the Reply will assist the Court in resolving the pending post-trial motions on a complete and accurate record, particularly where the issues concern the integrity of the evidentiary record, the existence of retaliatory conduct, and the nature of the decision-making process at issue.

### 4. The Court Has Discretion to Permit the Filing

District courts possess broad discretion to manage briefing and to consider filings in the interest of justice under the Federal Rules of Civil Procedure. In light of Plaintiff's pro se status and the nature of the issues presented, granting leave is appropriate here.

### CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave nunc pro tunc to file the Reply Brief 126 already docketed.

**Respectfully submitted,**

April 14, 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214
San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

## CERTIFICATE OF SERVICE

I, Jaehyun Kim, hereby certify that on April 14, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

_____

Jaehyun Kim