**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Jaehyun Kim
_____
                    **Plaintiff**


                    **V.**                                          **CIVIL ACTION**
                                                          **NO. 25-cv-13928-WGY**


**Massachusetts College of Pharmacy and Health**
**Sciences, et al**
_____
                    **Defendants**


                    **JUDGMENT**


**YOUNG, D. J.**


    In accordance with the Court's FINDINGS OF FACT AND RULINGS OF LAW entered on April 23, 2026 JUDGMENT is hereby entered for the Defendant Massachusetts College of Pharmacy and Health Sciences.


                                          **By the Court,**


**April 23, 2026**                              **/s/Kellyann Belmont**
_____                    _____

**Date**                                        **Deputy Clerk**