**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAEHYUN KIM, )<br><br>　　　　　　Plaintiff, )<br><br>v. )<br><br>MASSACHUSETTS COLLEGE OF )<br>PHARMACY AND HEALTH SCIENCES, )<br>and John Does 1-10, )<br><br>　　　　　　Defendants. ) | **Civil Action No: 1:25-cv-13928-WGY** |

## PLAINTIFF'S MOTION FOR RECUSAL

Plaintiff Jaehyun Kim respectfully moves for recusal of the presiding judge pursuant to 28 U.S.C. § 455(a).

### BASIS FOR RECUSAL

**This motion arises from the Court's handling of Exhibit A filed at Docket No. 102-1,** which contains unredacted personal identifiers, including a full Social Security number and Plaintiff's full date of birth.

**Federal Rule of Civil Procedure 5.2(a)** requires that such identifiers be redacted in court filings. T**he document at issue was previously maintained under sealed or restricted conditions** and **was not publicly accessible in its unredacted form.**

Plaintiff promptly moved to restrict access and replace the exhibit with a redacted version. Plaintiff also notified the Court that the document had previously been subject to restricted access and that the public filing resulted in disclosure of sensitive information.

**Despite notice, the Court denied relief, reversed course from its previous rulings,** and the **unredacted identifiers remain publicly available on the docket.**

This issue **does not involve a discretionary evidentiary determination.** It concerns **compliance with mandatory privacy protections and the Court's handling of material that was previously sealed.**

Under these circumstances, a **reasonable observer could question whether the Court is applying governing procedural rules in an even-handed manner, particularly where the result is the continued public disclosure of highly sensitive personal identifiers.**

## CONCLUSION

For these reasons, Plaintiff respectfully requests that the **Court recuse itself from further proceedings in this matter.**

**Respectfully submitted,**

April 23, 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214

San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

## CERTIFICATE OF SERVICE

I, Jaehyun Kim, hereby certify that on April 23, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.