# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAEHYUN KIM,                    )<br>                     Plaintiff,      )<br>                                 )<br> v.                              )<br>                                 )<br> MASSACHUSETTS COLLEGE OF         )<br> PHARMACY AND HEALTH SCIENCES     )<br>                                 )<br>                     Defendant.   )<br>                                 ) | **Civil Action No: 1:25-cv-13928-WGY** |

## NOTICE OF APPEAL

Plaintiff appeals from the Judgment entered at Docket No. 160, the Findings of Fact and Conclusions of Law entered at Docket No. 159, any order dismissing John Does 1–10 or otherwise preventing Plaintiff from identifying Doe defendants through discovery, and all orders, rulings, and interlocutory decisions that merge into the final judgment entered April 23, 2026.

To the extent Plaintiff's timely post-judgment motions remain pending, this Notice is filed pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(i) and shall become effective upon entry of the order disposing of the last such remaining motion.

**Submitted,**

May 3, 2026
Jaehyun Kim
Pro se Plaintiff
815 E St, PO Box #12214
San Diego, CA, 92112
857 381 3352
jaehyunkim720@gmail.com

## CERTIFICATE OF SERVICE

I, Jaehyun Kim, hereby certify that on May 3, 2026, I filed with the Court through the CM/ECF system the foregoing document which sent notification of such filing to all counsel and parties of record.

_____
Jaehyun Kim